IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:14-cv-00529

**BIODELIVERY SCIENCES INTERNATIONAL, INC.**

    Plaintiff,

v.

**RECKITT BENCKISER PHARMACEUTICALS, INC.;**
**RB PHARMACEUTICALS LIMITED;** and
**MONOSOL RX, LLC**,

    Defendants.

**PLAINTIFF BIODELIVERY SCIENCES INTERNATIONAL INC.'S DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH <u>A DIRECT FINANCIAL INTEREST IN LITIGATION</u>**

Pursuant to Fed. R. Civ. P. 7.1 and Local Civil Rule 7.3, BioDelivery Sciences International, Inc., who is Plaintiff, makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

    (X) Yes                   ( ) No

2. Does party have parent corporations?

    ( ) Yes                   (X) No

    If yes, identify all parent corporations, including grandparent and great-grandparent corporations: N/A

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

    ( ) Yes                   (X) No

    If yes, identify all such owners: N/A

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

( ) Yes    (X) No

If yes, identify entity and nature of interest: N/A

5. Is party a trade association?

( ) Yes    (X) No

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock: N/A

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors' committee: N/A

This the 20th day of September, 2014.

Respectfully submitted,

**MYERS BIGEL SIBLEY & SAJOVEC, P.A.**

By: */s/ Lynne A. Borchers*
Lynne A. Borchers (NC State Bar No. 32386)
4140 Parklake Ave., Suite 600
Raleigh, North Carolina 27612
Phone: (919) 854-1400
Fax: (919) 854-1401
E-mail: lborchers@myersbigel.com

*Local Civil Rule 83.1 Counsel*

**McCARTER & ENGLISH, LLP**
Lee Carl Bromberg (MA State Bar No. 058480)
265 Franklin Street
Boston, MA 02110
Phone: (617) 449-6538
E-mail: lbromberg@mccarter.com

*Attorneys for Plaintiff*