IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:14-cv-00529-H

| | |
|---|---|
| **BIODELIVERY SCIENCES INTERNATIONAL, INC.,**<br><br>      Plaintiff,<br><br>v.<br><br>**RECKITT BENCKISER PHARMACEUTICALS, INC., RB PHARMACEUTICALS LIMITED,** and<br>**MONOSOL RX, LLC,**<br><br>      Defendants. | |

**NOTICE OF VOLUNTARY PARTIAL DISMISSAL WITHOUT PREJUDICE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(i), Plaintiff BioDelivery Sciences International, Inc. ("Plaintiff") provides notice of the voluntary partial dismissal **WITHOUT PREJUDICE** of Count III of its Complaint (Declaratory judgment of non-infringement and invalidity of the '378 patent) in the above-captioned matter against Defendants Reckitt Benckiser Pharmaceuticals, Inc., RB Pharmaceuticals Limited, and MonoSol Rx, LLC ("Defendants").

Defendants have neither answered Plaintiff's Complaint nor filed a motion for summary judgment. Accordingly, Count III of the Complaint may be voluntarily dismissed **WITHOUT PREJUDICE** and without a court order pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(i).

Dated: December 12, 2014        **MYERS BIGEL SIBLEY & SAJOVEC, P.A.**

By: */s/ Lynne A. Borchers*
Lynne A. Borchers (NC State Bar No. 32386)
4140 Parklake Ave., Suite 600
Raleigh, North Carolina 27612
Phone: (919) 854-1400
Fax: (919) 854-1401
E-mail: lborchers@myersbigel.com

*Local Civil Rule 83.1 Counsel*

**McCARTER & ENGLISH, LLP**
Lee Carl Bromberg (MA State Bar No. 058480)
265 Franklin Street
Boston, MA 02110
Phone: (617) 449-6538
E-mail: lbromberg@mccarter.com

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

This is to certify that on December 12, 2014, a copy of the foregoing was filed electronically with the Clerk of Court using CM/ECF system and served via electronic mail on the following parties:

Daniel A. Ladow
Troutman Sanders LLP
405 Lexington Ave.
New York, NY 10538
Phone: 212-704-6218
Fax: 212-704-5929
Email: daniel.ladow@troutmansanders.com

Robert Danny Mason, Jr.
Michael E. Ray
Womble Carlyle Sandridge & Rice, PLLC
One West Fourth St.
Winston-Salem, NC 27101
Phone: 336-721-3600
Fax: 336-726-9093
Email: rmason@wcsr.com
Email: mray@wcsr.com

Timothy C. Bickham
James F. Hibey
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington DC 20036
Phone: 202-429-3000
Fax: 202-429-3902
Email: tbickham@steptoe.com
Email: jhibey@steptoe.com

/s/ Lynne A. Borchers
Lynne A. Borchers (NC State Bar No. 32386)
MYERS BIGEL SIBLEY & SAJOVEC, P.A.
4140 Parklake Ave., Suite 600
Raleigh, North Carolina 27612
Phone: (919) 854-1400
Fax: (919) 854-1401
E-mail: lborchers@myersbigel.com